1  John G. Yslas (SBN 187324)
   jyslas@wilshirelawfirm.com
2  Diego Aviles (SBN 315533)
   daviles@wilshirelawfirm.com
3  Harry Erganyan (SBN 333091)
   herganyan@wilshirelawfirm.com
4  Mariam M. Nazaretyan (SBN 334154)
   mnazaretyan@wilshirelawfirm.com
5  John Brown (SBN 233605)
   jbrown@wilshirelawfirm.com
6  **WILSHIRE LAW FIRM**
   3055 Wilshire Blvd., 12th Floor
7  Los Angeles, California 90010
   Telephone: (213) 381-9988
8  Facsimile: (213) 381-9989

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JUAN PABLO RAMIREZ PELAYO, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONS ROOF WEST, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>*Defendants*. | Case No.: 1:23-CV-00948-KES-EPG<br><br>**JOINT STIPULATION TO REMAND REMOVED ACTION; ORDER THERON** |

Plaintiff JUAN PABLO RAMIREZ PELAYO ("Plaintiff") and Defendant NATIONS ROOF WEST, ("Defendant") (Plaintiff and Defendant are herein collectively referred to as the "Parties"), by and through their respective counsel of record, hereby enter into this stipulation to Remand the Removed Action below with reference to the following facts:

WHEREAS, on April 3, 2023, Plaintiff initially filed the above entitled putative class action complaint in Fresno Superior Court, Case No. 23CECG01236 ("Action"), alleging California Labor Code violations and unfair business practices stemming from Defendant's failure to pay for all hours worked (minimum, straight time, and overtime wages), failure to provide meal periods, failure to authorize and permit rest periods, failure to timely pay final wages, failure to furnish accurate wage statements, and failure to indemnify employees for expenditures;

WHEREAS, on March 31, 2023, Plaintiff provided notice to Defendant and the California Labor & Workforce Development Agency ("LWDA") regarding Plaintiff's intent to pursue a California Labor Code Private attorney's General Act ("PAGA") representative action;

WHEREAS, on June 23, 2023, Defendant Removed this action under 28 U.S.C. 1441(b) [Federal Question Jurisdiction] from the Superior Court State of California, County of Fresno to the United States District Court for the Eastern District of California, Fresno Division;

WHEREAS, on July 25, 2023, Plaintiff filed a First Amended Complaint ("FAC").

WHEREAS, on August 24, 2023, Defendant filed its Answer to the FAC.

WHEREAS, after further discussion, the Parties have agreed that the Action should be remanded to Fresno County Superior Court.

Therefore, the Parties, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The Action shall be remanded to Fresno County Superior Court.
2. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: May 23, 2024              **WILSHIRE LAW FIRM**

By: /s/ *Diego Aviles*
John G. Yslas
Diego Aviles
Harry Erganyan
Mariam M. Nazaretyan
John Brown

Attorneys for Plaintiff

Dated: May 23, 2024              **McCormick, Barstow, Sheppard, Wayte & Carruth LLP**

By: /s/ *Christina Cusimano*
Christina Cusimano

Attorneys for Defendant

**ORDER**

Having considered the parties' stipulation to remand (Doc. 25), and good cause appearing, the Court GRANTS the parties' stipulation and orders:

1. This Action is remanded to Fresno County Superior Court; and
2. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

IT IS SO ORDERED.

Dated: May 24, 2024

_____
UNITED STATES DISTRICT JUDGE